DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BOUNSOU VORASANE

FILED

SEP 1 6 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                 No. 1:11-CR-00052 LJO

           Plaintiff,                     **SEALING ORDER**

    v.

BOUNSOU VORASANE,                         Judge: Hon. Lawrence J. O'Neill

           Defendant.

GOOD CAUSE APPEARING, the Court hereby orders that specific portions of *Revised Defendant Vorasane's Notice of Motion and Motion for Ex Parte, In Camera Hearing To Examine the Informant and Affiant; Memorandum of Points and Authorities In Support Thereof; Declaration; Exhibits*, be filed **_under seal_** until further order of the Court, as follows:

1. Page 3, lines 4 through 10;

2. Page 7, line 8, beginning with the word "However" and continuing through line 12, ending with the word "garden;" and

3. Exhibit B.

**IT IS SO ORDERED.**

Dated: September 14, 2011

LAWRENCE J. O'NEILL, Judge
United States District Court

SEALING ORDER