BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare St.
Fresno, CA 93721
(559) 497-4000

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-cr-052 LJO |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING AND ORDER** |
| v. | |
| LORENA DUANE, | Date: December 5, 2011 |
| Defendant. | Time: 1:00 p.m. |
| | Judge: Hon. Lawrence J. O'Neill |

The parties are continuing to work on this matter and believe that rescheduling the sentencing date would conserve resources and allow time for the parties to attempt to reach a speedy and just resolution to the case. The parties hereby stipulate that the sentencing be continued to March 12, 2012 at 1:00 p.m.

DATED: November 8, 2011            By: /s/ Yasin Mohammad
                                                                               YASIN MOHAMMAD
                                                                             Assistant U.S. Attorney


DATED: November 8, 2011            By: /s/ Anthony Capozzi
                                                                               Anthony P. Capozzi
                                                                             Attorney for Lorena Duane

## **ORDER**

The motion is denied. Good cause has not been stated for the reason counsel are not prepared to move forward and be ready on the date scheduled.

IT IS SO ORDERED.

Dated: **November 8, 2011**      /s/ Lawrence J. O'Neill
                                 UNITED STATES DISTRICT JUDGE