BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare St.
Fresno, CA 93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:11-cr-052 LJO |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE** |
| | ) **SENTENCING AND ORDER** |
| v. | ) |
| LORENA DUANE, | ) |
| | ) Date: December 5, 2011 |
| Defendant. | ) Time: 1:00 p.m. |
| | ) Judge: Hon. Lawrence J. O'Neill |

The parties are continuing to work on this matter and believe that rescheduling the sentencing date would conserve resources and allow time for the parties to attempt to reach a speedy and just resolution to the case. The parties hereby stipulate that the sentencing be continued to March 12, 2012 at 1:00 p.m.

///

///

///

///

1

DATED: November 8, 2011 By: /s/ Yasin Mohammad
YASIN MOHAMMAD
Assistant U.S. Attorney

DATED: November 8, 2011 By: /s/ Anthony Capozzi
Anthony P. Capozzi
Attorney for Lorena Duane

## **ORDER**

The sentencing of Lorena Duane is continued to March 12, 2012 at 1:00 p.m. Good cause exists for the request and stipulation.

IT IS SO ORDERED.

Dated: **November 9, 2011** /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE