DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BOUNSOU VORASANE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:11-CR-00052 LJO |
| | ) | |
| Plaintiff, | ) | **SEALING ORDER** |
| | ) | |
| v. | ) | |
| | ) | Judge: Hon. Lawrence J. O'Neill |
| BOUNSOU VORASANE, | ) | |
| | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, the Court hereby orders that specific portions of *Defendant Bounsou Vorasane's Notice of Motion and Motion to Suppress Evidence or, Alternatively, For a Franks And In Camera Hearing; Memorandum of Points and Authorities In Support Thereof; Declaration; Exhibits,* be filed ***under seal*** until further order of the Court, as follows:

1. Page 3, lines 11 through 18;

2. Page 7, line 20, beginning with the word "The" and continuing through line 21, ending with the word "informant" and

3. Exhibit D.

Should the Government have an objection, they will be given the opportunity to voice it at the upcoming hearing.

IT IS SO ORDERED.

**Dated:   December 16, 2011**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE