BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare St.
Fresno, CA 93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:11-CR-052 LJO |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE** |
| | ) **SENTENCING AND ORDER** |
| v. | ) |
| LORENA DUANE, | ) |
| | ) Date: March 12, 2012 |
| Defendant. | ) Time: 8:30 p.m. |
| | ) Judge: Hon. Lawrence J. O'Neill |

Defendant Lorena Duane testified at the trial of co-conspirator-defendants Bounsou Vorasane and Kay Vienkham. Vorasane and Viengkham were convicted. Their sentencing date is May 18, 2012; Lorena Duane may be needed to testify. The parties are continuing work in this matter and believe that rescheduling Duane's sentencing date would conserve resources and allow time for a speedy and just resolution. The parties hereby stipulate that Duane's sentencing be continued to May 29, 2012.

DATED: March 8, 2012                         By: /s/ Yasin Mohammad
                                                  YASIN MOHAMMAD
                                                  Assistant U.S. Attorney


DATED: March 8, 2012                         By: /s/ Anthony Capozzi
                                                  Anthony P. Capozzi
                                                  Attorney for Lorena Duane

1

## **ORDER**

The sentencing of Lorena Duane is continued to May 29, 2012 at 8:30 a.m. for good cause stated In the request.


IT IS SO ORDERED.

Dated: **March 8, 2012**  /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE