BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare St.
Fresno, CA 93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-052 LJO |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING** |
| v. | |
| LORENA DUANE, | Date: May 29, 2012 |
| Defendant. | Time: 8:30 a.m. |
| | Judge: Hon. Lawrence J. O'Neill |

United States Attorney Benjamin B. Wagner, by and through his Assistant U.S. Attorney, Yasin Mohammad, and Anthony Capozzi, counsel for Defendant Lorena Duane, hereby file this stipulation to continue the sentencing hearing of Lorena Duane.

Defendant Lorena Duane is set to be sentenced by this court on May 29, 2012, a date when Counselor Capozzi will be in trial. Furthermore, Lorena Duane may be needed to testify at the sentencing hearing of co-defendants Bounsou Vorasane and Kay Vienkham, a date which will now fall after May 29, 2012. The court in that case will be issuing a minute order today continuing the sentencing in that matter from May 25, 2012 to a date yet to be decided.

The parties are continuing work in this matter and believe that rescheduling Duane's sentencing date would conserve resources and allow time for a just resolution. The parties hereby stipulate that Duane's sentencing be continued to June 25, 2012.

1

| | | |
|---|---|---|
| DATED: May 24, 2012 | By: | /s/ Yasin Mohammad |
| | | YASIN MOHAMMAD |
| | | Assistant U.S. Attorney |
| | | |
| DATED: May 24, 2012 | By: | /s/ Anthony Capozzi |
| | | Anthony P. Capozzi |
| | | Attorney for Lorena Duane |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:08-cr-052 LJO |
| | ) | |
| Plaintiff, | ) | **ORDER TO CONTINUE** |
| | ) | **SENTENCING** |
| v. | ) | |
| | ) | |
| LORENA DUANE, | ) | |
| | ) | Date: June 25, 2012 |
| Defendant. | ) | Time: 8:30 a.m. |
| | ) | Judge: Hon. Lawrence J. O'Neill |
| | ) | |

## **ORDER**

The sentencing of Lorena Duane is continued to June 25, 2012 at 8:30 a.m. for good cause Stated.

IT IS SO ORDERED.

Dated: **May 24, 2012**           /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE